IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO AROS,  )<br>  )<br>  *Plaintiff*,  )<br>  )   No. _____<br>  -vs-  )<br>  )   *(jury demand)*<br>CITY OF CHICAGO,  )   FILED: OCTOBER 1 , 2008<br>M.J. SILIUS #17661 and  )      08CV5609<br>R.A. GONZALEZ #6181,  )      JUDGE DARRAH<br>  )      MAGISTRATE JUDGE MASON<br>  *Defendants*.  )      NF | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Luis Aros is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation; plaintiff does not assert any federal claim against the City but seeks to impose liability on the City pursuant to 745 ILCS 10/9-102.

4. Defendants M.J. Silius #17661 and R.A. Gonzalez #6181 were at all times relevant acting under color of their authority as Chicago police officers; each is sued in his individual capacity.

5. On April 18, 2007, defendant Silius and Gonzalez falsely arrested plaintiff.

6. In the course of making the above referred arrest, defendant Silius used excessive and unreasonable force, causing plaintiff to sustain personal

injuries.

7. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States.

8. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of fifty thousand dollars as compensatory damages.

*/s/ Kenneth N. Flaxman*

———————————————

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*attorney for plaintiff*